# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY ALEXANDER, et al., | ) |
| Plaintiffs, | ) |
| | ) Civil Case No. 07-634-WDS-PMF |
| vs. | ) |
| CASINO QUEEN HOTEL AND CASINO, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a *sua sponte* recommendation that this action be dismissed for want of prosecution. In October, 2007, plaintiffs were ordered to show cause why their case should not be dismissed for want of prosecution (Doc. No. 3). In February, 2008, plaintiffs were advised that dismissal for want of prosecution was imminent (Doc. No. 7). After both of those matters were resolved, a pretrial conference was scheduled for May 20, 2008. Plaintiff's counsel was directed to initiate a conference call between the Court and the parties. The call was not placed. Plaintiffs were once again directed to show cause why their case should not be dismissed for lack of prosecution (Doc. No. 19). The deadline for a response has expired. No explanation is on file.

The only rational inference from this series of events is that plaintiffs have no interest in prosecuting their claims in accordance with the rules and orders governing this litigation.

IT IS RECOMMENDED that all claims asserted by Stacy Alexander, Kathie Miller, and Kim Rogers be DISMISSED with prejudice for want of prosecution.

**SUBMITTED:** May 28, 2008 .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**